**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL POST-TRIAL MINUTES**

Date: February 2, 2009

Case No.   CR 01-0344 MHP          Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- ROGER PIERCE (c):

Attorneys:   Plf:  Owen Martiken
             Dft:  Daniel Horowitz

Deputy Clerk: Anthony Bowser   Court Reporter: Katherine Sullivan   USPO: Octavio Magana

**PROCEEDINGS**

1)  Amended Form 12 Petition

2)  

3)  

**ORDERED AFTER HEARING:**

Defendant present in court; Counsel submit after further discussion of July/2008 petition; Defendant admits to charge one of the petition; Court orders as follows:

> Supervised Release is ordered REVOKED and defendant is sentenced to six (6) months custody of BOP; TSR of 3 years, with initial six months to be served in Halfway House facility in Fresno, CA, or other facility outside SF Bay area; drug testing condition, not to exceed 4/month; Seek employment condition; Drug treatment program condition;

Self surrender date of 2/9/2009, 12:00 noon granted; Court recommends placement of defendant in Dublin Facility.