# UNITED STATES DISTRICT COURT
## Northern District Of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROGER PIERCE<br>Defendant. | Case No.: CR- 01-0344 MHP<br><br>ORDER FOR RELEASE FROM CUSTODY |

IT IS ORDERED that the United States Marshal release from his custody ROGER PIERCE, the Defendant in the above-cited action.

DATED: 10/18/10

Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

## UNITED STATES MARSHAL RETURN

I hereby certify and return that in response to the within Order for Release from Custody, received at San Francisco, California, this _____ day of _____, 20____, I released the within named Defendant, _____ from my custody, on _____, 20_____.

United States Marshal

By:_____
(Deputy)

Submit to USMS